400 A.2d 603

Bethel Baptist Church, Inc., et al. v. Gardella et
ux., Appellants.
Petition for Allowance of Appeal Denied March 1, 1979.

Argued December 4, 1978.   David A. Martino, for appellants;   George R. Price, for appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.